# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 16-po-5130-JTJ |
| --- | --- |
| Plaintiff, | VIOLATION: 6027461 |
| vs. | Location Code: M13 |
| MARTIN KEPNER, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 20, 2016, is VACATED.

IT IS FURTHER ORDERED that VN 6027461 is DISMISSED.

DATED this 3rd day of October, 2016.

_John Johnston_
United States Magistrate Judge